## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1.   RENNE A. CLARK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIV-16-857-R |
| | ) | |
| 1.   COMMUNICATION FEDERAL CREDIT UNION, | ) ) | |
| | ) | **ATTORNEY LIEN CLAIMED** |
| Defendant. | ) | **JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Renne A. Clark, hereby stipulates with the Defendant, Communication Federal Credit Union, that her claims in the above styled and numbered action shall be dismissed with prejudice. The parties shall bear their own costs and attorney fees.

**RESPECTFULLY SUBMITTED THIS 11th DAY OF JULY, 2017.**

s/ *Lauren W. Johnston*
Jana B. Leonard, OBA # 17844
Lauren W. Johnston, OBA # 22341
LEONARD & ASSOCIATES, P.L.L.C.
8265 S. Walker
Oklahoma City, OK 73139
Telephone:   405-239-3800
Facsimile:   405-239-3801
leonardjb@leonardlaw.net
johnstonlw@leonardlaw.net
*Counsel for Plaintiff*

s/ *Nathan L. Whatley*
(Signed with permission)
Nathan L. Whatley, OBA #14601
Paige Hoster Good, OBA #31595
McAfee & Taft, A Professional Corporation
10th Floor, Two Leadership Square
211 N. Robinson
Oklahoma City, Oklahoma 73102
Tele: 405-235-9621  Fax: 405-228-7365
nathan.whatley@mcafeetaft.com
paige.good@mcafeetaft.com
*Counsel for Defendant*